IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WAYNE WILSON,<br><br>　　　　Plaintiff(s),<br><br>　vs.<br><br>ARNOLD SCHWARZENEGGER, et al,.<br><br>　　　　Defendant(s). | No. C 07-2571 CRB (PR)<br><br>ORDER OF TRANSFER<br><br>(Doc # 1) |

Plaintiff, a prisoner at the California Medical Facility in Vacaville, has filed a pro se civil rights action for injunctive relief under 42 U.S.C. § 1983. A substantial part of the events or omissions giving rise to the claim(s) occurred, and the viable defendants named reside, in the County of Solano, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. See id. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

The clerk shall transfer this matter and terminate all pending motions (see, e.g., doc # 1) as moot.

SO ORDERED.

DATED: May 22, 2007

CHARLES R. BREYER
United States District Judge